2

DATED this 26th day of December, 1984.

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff vs. ROY STAFFORD HINES, Defendant.

DECISION

No. DC-81-091

The application of the above-named defendant for a review of the sentence of of three counts; concurrent + 5 years for use of a weapon; consecutive imposed on November 24, 1981, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentences imposed were proper and just.

We wish to thank the Defendant Roy Hines, for representing himself in the above matter.

DATED this 26th day of December, 1984.

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff vs. KENNETH REYNOLDS GRAHAM, Defendant.

DECISION

No. DC-81-113

The application of the above-named defendant for a review of the sentence of 75 years + 10 years for use of a weapon; Consecutive; DANGEROUS imposed on June 18, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was proper and just.

We wish to thank Chris Ragar of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.